# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **JEFFREY M TARRANT,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **No.  6:26-CV-00060-LS** |
| | § | |
| **JOHN DOE #1, CHILD SUPPORT** | § | |
| **INVESTIGATOR; JOHN DOE #2,** | § | |
| **SUPERVISORY ATTORNEY; JOHN** | § | |
| **DOE #3, REGIONAL CHILD** | § | |
| **SUPPORT DIRECTOR; AND DOES 4-** | § | |
| **10, UNKNOW AGENTS,** | § | |
| **CONTRACTORS, OR EMPLOYEES,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Plaintiff sues multiple unknown defendants under 42 U.S.C. § 1983[1] and seeks a restraining order or preliminary injunction.[2] For the following reasons, his motion is denied.

The elements required to grant a motion for injunctive relief are:

(1) there is a substantial likelihood that the movant will prevail on the merits; (2) there is a substantial threat that irreparable harm will result if the injunction is not granted; (3) the threatened injury outweighs the threatened harm to the defendant; and (4) the granting of the preliminary injunction will not disserve the public interest. [3]

The district court has discretion whether to grant or deny injunctive relief.[4]

Regarding the requested temporary restraining order or preliminary injunction,[5] the defendants' identities are unknown. Further, an *ex parte* restraining order may only be issued with

---

[1] ECF No. 3.
[2] ECF No. 10.
[3] *Clark v. Prichard*, 812 F.2d 991, 993 (5th Cir. 1987).
[4] *Apple Barrel Prods., Inc. v. Beard*, 730 F.2d 384, 386 (5th Cir. 1984).
[5] ECF No. 10.

"specific facts in an affidavit or a verified complaint [that] clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition."[6] Plaintiff articulates no facts showing immediate and irreparable injury and no facts bearing out that there is a substantial likelihood that he will prevail on the merits. He merely alleges that Defendants have violated his First, Fourth, and Fourteenth Amendment rights without sufficient factual support.[7] For these reasons, the Court denies the motion.

Plaintiff's motion for a temporary restraining order and motion for preliminary injunction [ECF No. 10] is denied.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 27, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[6] Fed. R. Civ. P. 65(b)(1)(A).
[7] ECF No. 10 at 2–3, 6, 10.